UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| Tracia Callender, Esq. | 24 CV 2712 (LTS) Motion to Proceed <u>Anonymously</u> |
| Plaintiff, | |
| v. | |
| Office of Federal Contract Compliance Programs (OFCCP), Department of Labor, et. Al | |
| Defendants. | |

------------------------------------------------------------------------X

Upon information and belief, the basis of which is Civilian Pro Se Forms Packet received from United States District Court for the Northern District of New York, Sexual Assault Victims may proceed anonymously as "Victim 1." Please kindly allow this case to proceed using "Victim 1," as Plaintiff.

Real Name: Tracia Callender, Esq.

Signature: Tracia Callender, Esq.

Date: May 23, 2024